Ronai & Ronai, LLP
Attorneys at Law

The Ronai Building
34 Adee Street, Port Chester, New York 10573
Telephone (914) 824-4777

Manhattan Office:
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
Telephone (212) 268-4777

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/07/2026

July 6, 2026

**VIA ECF**
Honorable Nelson S. Roman, USDJ
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**In light of the extension of the discovery deadlines, Plaintiff's request to adjourn the July 10, 2026 status conference is GRANTED. Moreover, because all parties anticipate filing dispositive motions upon the completion of discovery, the parties shall file a joint letter by September 18, 2026, advising the Court whether discovery has been completed. The Court will then set an appropriate briefing schedule. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 66.**

**Dated: July 7, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Re: Acosta v. Kheladze et al.
Case No.: 25-cv-01783-NSR-JCM

Your Honor:

We represent Plaintiff Jorge Duran Acosta in the above-mentioned action. After conferring with all counsel, the parties jointly request an adjournment of the certification conference currently scheduled for July 10, 2026

The parties appeared for a discovery status conference before Magistrate Judge Judith C. McCarthy this morning, during which the Court extended the discovery deadline to September 18, 2026, as discovery is not yet complete.

The parties anticipate filing dispositive motions upon the completion of discovery.

Accordingly, the parties jointly request that the currently scheduled certification conference be adjourned to a date after September 18, 2026.

Thank you.

Respectfully,

Paul R. Cordella

Cc: All parties via ECF

MEMO ENDORSED